JUDGE MARTINEZ

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10

UNITED STATES OF AMERICA,                   )

11                                          )
                    Plaintiff,              )        NO. CR05-391RSM
12                                          )
                    v.                      )        STIPULATED
13                                          )        ORDER CONTINUING TRIAL
                                            )
14   IAN ELTON FUHR,                        )
     JASON JOHN FUHR,                       )
15   ELIJAH VICTOR FUHR,                    )
     VICTOR EUGENE FUHR,                    )
16   VALENTINO GUY,                         )
     CARLOS EDWARD FORD,                    )
17   HENRY ORLANDO CASTRO,                  )
     COREY ALLEN BROWN,                     )
18   ROY COLUMBUS GOLD III,                 )
     QUINTRAKEOUS CHERRY,                   )
19   ERIC O'NEAL SOLIER,                    )
     MICHAEL DEVON RAY STEWART,             )
20   DEONDRA MCDUFFIE,                      )
     CARLOS MIGUEL WATSON,                  )
21   DAVID WATKINS,                         )
     JASON LEE WARD,                        )
22   JONAH TOPPS,                           )
     JOHN PELLUM,                           )
23   PIILUA ETI,                        )
     MICHAEL R. COX,                        )
24   RAEBURN GENE GAMBLE,                   )
     JOHNNIE BROWN,                         )
25   LINDA M. RYE,                          )
     COLLEEN FLOCK,                         )
26   SCOTT BRICKNER, and                    )
     ANTHONY STEVEN RODGERS,                )
27                                          )
                    Defendants.             )
28   _____)

CR05-391RSM - 1

(.RJF/rjf)

**ORDER**

In consideration of the Government's motion for continuance, filed with the concurrence of all of the parties in this matter, and there being no opposition thereto, the Court finds and rules as follows:  This Court finds as facts those facts set forth in the Government's First and Second Motions for Continuance filed on behalf of all parties. Further, the Court finds that given the nature and seriousness of the charges in this case, and the desire by defense counsel and the defendants to have adequate time to review and consider the voluminous evidence in this case, to conduct adequate investigation, to consider defenses, to file any appropriate pre-trial motions, and to prepare for trial, this Court finds that the failure to grant the requested continuance would unreasonably deny the defendants effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.  Further, the Court further finds that given the volume and complexity of the evidence, the duration and extent of the alleged conspiracy, it is unreasonable to expect either the Government or defense counsel to be prepared to go to trial within the time allotted, and a further continuance of trial is warranted.

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  For the foregoing reasons, the parties' motion for a continuance of trial is GRANTED.  Trial is reset for September 11, 2006.  The new motion cut-off date is August 1, 2006.  The time from the filing of this motion for continuance, through the new trial date, is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(i)(ii) and (iv) as to each defendant.

DATED this 19 day of April, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CR05-391RSM - 2
(.RJF/rjf)